

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**Thomas G. Bruton, Clerk**

**OFFICE OF THE CLERK**
(312) 435-5691

October 15, 2014

United States District Court
Northern District of California,
San Jose Division

RE: Graphicly, Inc. et al v. Blurb, Inc. et al
USDC Case No. 14-cv-6239

Dear Clerk:

Enclosed is the electronic record which is being transferred to your court pursuant to an order entered by the **Honorable Sharon Johnson Coleman** on 10/14/2014.

- United States District Court Northern District of California, San Jose Division

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely yours,

Thomas G. Bruton, Clerk

/s/ Travis Grammer
Deputy Clerk