# United States District Court
# Northern District of Illinois – CM/ECF LIVE, Ver 6,1 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:14–cv–06239

| | |
|---|---|
| Graphicly, Inc. et al v. Blurb, Inc. et al | Date Filed: 08/13/2014 |
| Assigned to: Honorable Sharon Johnson Coleman | Date Terminated: 10/14/2014 |
| Demand: $75,000 | Jury Demand: Defendant |
| Case in other court: Cook County, 14–L–07286 | Nature of Suit: 160 Contract: Stockholders Suits |
| Cause: 28:1441 Petition for Removal | Jurisdiction: Diversity |

**Plaintiff**

**Graphicly, Inc.**  represented by  **Alexander Nicholas Loftus**
*a Delaware corporation, derivatively through*            Voelker Litigation Group
*Gregory A. Lafin, a shareholder*                         311 W. Superior, Suite 500
                                                          Chicago, IL 60654
                                                          312–448–8457
                                                          Email: alex@voelkerlitigationgroup.com
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Daniel John Voelker**
                                                          Voelker Litigation Group
                                                          311 W. Superior Street
                                                          Suite 500
                                                          Chicago, IL 60654
                                                          312 870 5430
                                                          Fax: 312 870 5420
                                                          Email: dvoelker@voelkerlitigationgroup.com
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gregory A. Lafin**  represented by  **Alexander Nicholas Loftus**
*Individually, a citizen of the State of Illinois*        (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Daniel John Voelker**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Blurb, Inc.**
*a Delaware corporation*

**Defendant**

**Micah Baldwin**  represented by  **Angelo John Kappas**
*a citizen of the State of California*                    Gordon &Rees LLP
                                                          One North Franklin
                                                          Suite 800

Chicago, IL 60606
312–565–1400
Email: akappas@gordonrees.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James H. Ryan**
Gordon &Rees, LLP
One North Franklin
Suite 800
Chicago, IL 60606
(312) 980–6768
Email: hayesryan@gordonrees.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lindsay A Watson**
Gordon &Rees, LLP
1 N. Franklin
Suite 800
Chicago, IL 60606
312–619–4909
Email: lwatson@gordonrees.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Blair Garrou** *a citizen of the State of Texas* | represented by | **Angelo John Kappas** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **James H. Ryan** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Lindsay A Watson** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Mark Hasebroock** *a citizen of the State of Nebraska* | represented by | **Angelo John Kappas** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **James H. Ryan** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

        **Lindsay A Watson**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **David Fox**<br>*a citizen of the State of California* | represented by | **Angelo John Kappas**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**James H. Ryan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lindsay A Watson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/13/2014 | Ï 1 | NOTICE of Removal from Cook County Circuit Court, Illinois, case number (2014−L−7286) filed by Micah Baldwin, David Fox, Blair Garrou, Mark Hasebroock *Receipt No. 0758−9763916* (Attachments: # 1 Exhibit A−1, # 2 Exhibit A−2, # 3 Exhibit A−3, # 4 Exhibit A−4, # 5 Exhibit B, # 6 Exhibit C)(Kappas, Angelo) (Entered: 08/13/2014) |
| 08/13/2014 | Ï 2 | CIVIL Cover Sheet (Kappas, Angelo) (Entered: 08/13/2014) |
| 08/13/2014 | Ï 3 | MOTION by Defendants Micah Baldwin, David Fox, Blair Garrou, Mark HasebroockMOTION FOR REALIGNMENT OF GRAPHICLY, INC. TO A DEFENDANT (Kappas, Angelo) (Entered: 08/13/2014) |
| 08/13/2014 | Ï 4 | ATTORNEY Appearance for Defendant Micah Baldwin by Angelo John Kappas (Attachments: # 1 Certificate of Service)(Kappas, Angelo) (Entered: 08/13/2014) |
| 08/13/2014 | Ï 5 | ATTORNEY Appearance for Defendant Blair Garrou by Angelo John Kappas (Attachments: # 1 Certificate of Service)(Kappas, Angelo) (Entered: 08/13/2014) |
| 08/13/2014 | Ï 6 | ATTORNEY Appearance for Defendant Mark Hasebroock by Angelo John Kappas (Attachments: # 1 Certificate of Service)(Kappas, Angelo) (Entered: 08/13/2014) |
| 08/13/2014 | Ï 7 | ATTORNEY Appearance for Defendant David Fox by Angelo John Kappas (Attachments: # 1 Certificate of Service)(Kappas, Angelo) (Entered: 08/13/2014) |
| 08/14/2014 | Ï 8 | ATTORNEY Appearance for Defendant Micah Baldwin by James H. Ryan (Attachments: # 1 Certificate of Service)(Ryan, James) (Entered: 08/14/2014) |
| 08/14/2014 | Ï 9 | ATTORNEY Appearance for Defendant Blair Garrou by James H. Ryan (Attachments: # 1 Certificate of Service)(Ryan, James) (Entered: 08/14/2014) |
| 08/14/2014 | Ï 10 | ATTORNEY Appearance for Defendant Mark Hasebroock by James H. Ryan (Attachments: # 1 Certificate of Service)(Ryan, James) (Entered: 08/14/2014) |
| 08/14/2014 | Ï 11 | |

| | | |
|---|---|---|
| | | ATTORNEY Appearance for Defendant David Fox by James H. Ryan (Attachments: # 1 Certificate of Service)(Ryan, James) (Entered: 08/14/2014) |
| 08/14/2014 | 12 | ATTORNEY Appearance for Defendant Micah Baldwin by Lindsay A Watson (Attachments: # 1 Certificate of Service)(Watson, Lindsay) (Entered: 08/14/2014) |
| 08/14/2014 | 13 | ATTORNEY Appearance for Defendant Blair Garrou by Lindsay A Watson (Attachments: # 1 Certificate of Service)(Watson, Lindsay) (Entered: 08/14/2014) |
| 08/14/2014 | 14 | ATTORNEY Appearance for Defendant Mark Hasebroock by Lindsay A Watson (Attachments: # 1 Certificate of Service)(Watson, Lindsay) (Entered: 08/14/2014) |
| 08/14/2014 | 15 | ATTORNEY Appearance for Defendant David Fox by Lindsay A Watson (Attachments: # 1 Certificate of Service)(Watson, Lindsay) (Entered: 08/14/2014) |
| 08/14/2014 | | CASE ASSIGNED to the Honorable Sharon Johnson Coleman. Designated as Magistrate Judge the Honorable Sheila M. Finnegan. (nsf, ) (Entered: 08/14/2014) |
| 08/14/2014 | 16 | NOTICE of Motion by Angelo John Kappas for presentment of motion for miscellaneous relief 3 before Honorable Sharon Johnson Coleman on 8/26/2014 at 08:45 AM. (Kappas, Angelo) (Entered: 08/14/2014) |
| 08/14/2014 | 17 | MAILED Notice of Removal letter to Plaintiff's Counsel. (rm, ) (Entered: 08/14/2014) |
| 08/19/2014 | 18 | MOTION by Defendants Mark Hasebroock, Micah Baldwin, David Fox, Blair Garrou to dismiss for lack of jurisdiction *Pursuant to Rule 12(B)(2)* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Kappas, Angelo) (Entered: 08/19/2014) |
| 08/19/2014 | 19 | NOTICE of Motion by Angelo John Kappas for presentment of motion to dismiss/lack of jurisdiction 18 before Honorable Sharon Johnson Coleman on 8/26/2014 at 08:45 AM. (Kappas, Angelo) (Entered: 08/19/2014) |
| 08/19/2014 | 20 | MOTION by Defendants Mark Hasebroock, Micah Baldwin, David Fox, Blair Garrou to dismiss *for Improper Venue or, Alternatively, to Transfer Venue* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Kappas, Angelo) (Entered: 08/19/2014) |
| 08/19/2014 | 21 | NOTICE of Motion by Angelo John Kappas for presentment of motion to dismiss 20 before Honorable Sharon Johnson Coleman on 8/26/2014 at 08:45 AM. (Kappas, Angelo) (Entered: 08/19/2014) |
| 08/19/2014 | 22 | MOTION by Defendants Micah Baldwin, David Fox, Blair Garrou, Mark Hasebroock for extension of time to file answer *to Plaintiffs' Complaint* (Kappas, Angelo) (Entered: 08/19/2014) |
| 08/19/2014 | 23 | NOTICE of Motion by Angelo John Kappas for presentment of motion for extension of time to file answer 22 before Honorable Sharon Johnson Coleman on 8/26/2014 at 08:45 AM. (Kappas, Angelo) (Entered: 08/19/2014) |
| 08/26/2014 | 24 | MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 8/26/2014. On defendants' motion for realignment 3 , response due by 9/9/2014. Reply due by 9/23/2014. Defendants' motion to dismiss for lack of jurisdiction 18 , motion to dismiss 20 , and motion for extension of time to answer 22 are entered and continued to 10/14/2014 at 09:00 AM.Mailed notice (rth, ) (Entered: 08/26/2014) |
| 09/08/2014 | 25 | RESPONSE by Graphicly, Inc., Gregory A. Lafinin Opposition to MOTION by Defendants Micah Baldwin, David Fox, Blair Garrou, Mark HasebroockMOTION FOR REALIGNMENT OF GRAPHICLY, INC. TO A DEFENDANT 3 (Attachments: # 1 Exhibit)(Loftus, Alexander) (Entered: 09/08/2014) |

| | | |
|---|---|---|
| 09/08/2014 | 26 | ATTORNEY Appearance for Plaintiffs Graphicly, Inc., Gregory A. Lafin by Alexander Nicholas Loftus (Loftus, Alexander) (Entered: 09/08/2014) |
| 09/23/2014 | 27 | REPLY by Defendants Micah Baldwin, David Fox, Blair Garrou, Mark Hasebroock *Reply in Support of its Motion for Realignment of Graphicaly, Inc. to a Defedant* (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D)(Kappas, Angelo) (Entered: 09/23/2014) |
| 10/09/2014 | 28 | MINUTE entry before the Honorable Sharon Johnson Coleman: Based on the foregoing, this Court grants defendants' motion for realignment 3 and realigns Graphicly, Inc. as a defendant. Enter Memorandum Opinion and Order.Mailed notice (rth, ) (Entered: 10/09/2014) |
| 10/09/2014 | 29 | MEMORANDUM Opinion and Order Signed by the Honorable Sharon Johnson Coleman on 10/9/2014:Mailed notice(rth, ) (Entered: 10/09/2014) |
| 10/14/2014 | 30 | STIPULATION *to Transfer Venue* (Attachments: # 1 Certificate of Service)(Kappas, Angelo) (Entered: 10/14/2014) |
| 10/14/2014 | 31 | MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 10/14/2014. Parties have stipulated to transfer this case to the Northern District of California. Defendants' motion to dismiss for lack of venue, or alternatively, to transfer 20 is moot. This action is hereby transferred forthwith to the United States District Court for the Northern District of California, San Jose Division.Civil case terminated. Mailed notice (rth, ) (Entered: 10/14/2014) |
| 10/15/2014 | 32 | TRANSFERRED to the United States District Court Northern District of California, San Jose Division the electronic record. (tg, ) (Entered: 10/15/2014) |