Case5:14-cv-04630-NC   Document35   Filed10/22/14   Page1 of 1

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

October 22, 2014

CASE TITLE:    GRAPHICLY INC ET AL-v-BLURB INC ET AL
RECEIVED FROM: US District Court, Northern Illinois

CASE NUMBER:   CV 14-04630 NC

TO COUNSEL OF RECORD:

    The above entitled action has been transferred to this District. All future filings should reflect the above case number.

    Sincerely,

    RICHARD W. WIEKING, Clerk

    *Sandy Morris*

    by: Sandy Morris
    Case Systems Administrator