1   ALEXANDER LOFTUS
    VOELKER LITIGATION GROUP
2   311 W. Superior, Suite 500
    Chicago IL, 60654
3   Telephone: (312) 870-5430

4   Attorneys for Plaintiff
    GREGORY A. LAFIN
5
    BRIAN P. MASCHLER (SBN: 111824)
6   GORDON & REES, LLP
    275 Battery Street, Suite 2000
7   San Francisco, CA 94111
    Telephone: (415) 986-5900
8   Facsimile: (415) 986-8054

9   Attorneys for Defendants
    MICAH BALDWIN, BLAIR GARROU,
10  MARK HASEBROOCK, and DAVID FOX

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13

14  GRAPHICLY, INC., a Delaware corporation,    )   CASE NO. C-14 -04630-NC
    derivatively through Gregory A. Lafin, a     )
15  shareholder, and GREGORY A. LAFIN,           )   **STIPULATION TO EXTEND TIME TO**
    Individually, a citizen of the State of Illinois, )   **FILE ADR CERTIFICATION; INITIAL**
16                                               )   **DISCLOSURES; AND TO EXTEND**
                                                 )   **INITIAL STATUS HEARING**
17                  Plaintiffs,                  )   **SCHEDLED FOR JANUARY 14, 2015**
                                                 )   **AND ORDER THEREON**
18          vs.                                  )
                                                 )
19  BLURB, INC., a Delaware corporation,         )
    MICAH BALDWIN, a citizen of the State        )
20  of California, BLAIR GARROU, a citizen of    )
    the State of Texas, MARK HASEBROOCK,         )
21  a citizen of the State of Nebraska, and      )
    DAVID FOX, a citizen of the State of         )
22  California,                                  )
                                                 )
23                  Defendants.                  )

24

25          Pursuant to Local Rule 6-1(a), Plaintiff Gregory A. Lafin  ("Plaintiff"), and Defendants

26  Micah Baldwin, Blair Garrou, Mark Hasebroock, and David Fox, by and through their respective

27  attorneys, stipulate that deadline to file the ADR Certification (12/24/14); deadline for filing

28  initial disclosures; Rule 26(f) Report; and Case Management Statement (1/7/14); and initial case

                                            -1-

GORDON & REES, LLP
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, TWENTIETH FLOOR
SAN FRANCISCO, CA 94111
(415) 986-5900

management conference scheduled for January 14, 2014 be continued until after the mediation of this matter, which is anticipated to proceed in January or February 2015 or, in the alternative, after the Court issues a ruling on Defendants' motion to dismiss Plaintiff's Complaint.

IT IS SO STIPULATED.

Dated: December 24, 2014          VOELKER LITIGATION GROUP

By: /s/ Alexander Loftus
     Alexander Loftus
     Attorneys for Plaintiff GREGORY A.
     LAFIN

Dated: December 24, 2014          GORDON & REES, LLP

By: /s/ Brian P. Maschler
     Brian P. Maschler
     Attorneys for Defendants
     MICAH BALDWIN, BLAIR GARROU,
     MARK HASEBROOCK, and DAVID FOX

## ORDER

The case management conference is continued to February 25, 2015 at 1:00 p.m. in Courtroom 7, 4th Floor, San Jose. The parties must file their consent or declination no later than January 12, 2015.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Nathanael M. Cousins

GORDON & REES, LLP
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, TWENTIETH FLOOR
SAN FRANCISCO, CA 94111
(415) 986-5900

1098439/21719977v.1