UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRAPHICLY, INC., et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>BLURB, INC., et al.,<br><br>   Defendants. | Case No. 5:14-cv-04630-EJD<br><br>**ORDER CONTINUING HEARING ON MOTION FOR PRELIMINARY APPROVAL**<br><br>Re: Dkt. No. 59 |

The hearing on Plaintiffs' Motion for Preliminary Approval of Proposed Settlement ("Motion") (Docket Item No. 59) is CONTINUED from July 23, 2015, to **9:00 a.m. on July 30, 2015.** Counsel for both Plaintiffs and Defendants must appear personally at the hearing. Telephonic appearances will not be permitted.

In addition, on or before **July 24, 2015**, Plaintiffs must file a supplemental pleading which provides a copy of the "Notice of Proposed Settlement" referenced in paragraph 3 of the proposed order submitted with the Motion. Although the proposed order indicates the Notice is attached as Exhibit A, the court is unable to locate that document within the current filings.

**IT IS SO ORDERED.**

Dated: July 23, 2015

                EDWARD J. DAVILA
                United States District Judge