United States District Court<br/>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRAPHICLY, INC., et al.,<br><br>  Plaintiffs,<br><br>   v.<br><br>BLURB, INC., et al.,<br><br>  Defendants. | Case No.  5:14-cv-04630-EJD<br><br>**ORDER RE: NOTICE OF PROPOSED SETTLEMENT** |

As discussed at the hearing on July 30, 2015, Plaintiffs shall file a supplemental pleading which provides a copy of the Notice of Proposed Settlement, as amended per the court's instructions, on or before **August 6, 2015.**

**IT IS SO ORDERED.**

Dated:  July 30, 2015



EDWARD J. DAVILA
United States District Judge

1
Case No.: 5:14-cv-04630-EJD
ORDER RE: NOTICE OF PROPOSED SETTLEMENT