1   UNITED STATES DISTRICT COURT

2   NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

3
4   GRAPHICLY, INC., a Delaware corporation,
    derivatively through Gregory A. Lafin, a
    shareholder, and GREGORY A. LAFIN,
5   Individually, a citizen of the State of Illinois,

6           Plaintiffs,

7       v.

8   BLURB, INC., a Delaware corporation, MICAH
9   BALDWIN, a citizen of the State of California,
    BLAIR GARROU, a citizen of the State of Texas,
10  MARK HASEBROOCK, a citizen of the State of
    Nebraska, and DAVID FOX, a citizen of the State
11  of California,

12          Defendants.

Case No.: C-14-04630-NC


**[PROPOSED]** ORDER GRANTING
MOTION FOR PRELIMINARY
APPROVAL OF PROPOSED
SETTLEMENT

DATE:          July 30,2015
TIME:          9:00 a.m.
JUDGE:         Hon. Edward J. Davila
COURTROOM:     4, 5th Floor

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   This matter came on for hearing on July 30, 2015.   Plaintiffs Gregory A. Lafin,

2   Microventures, Venture51, Michael Cardamone, Michael Landewe, Ecajah, LLC, Andrew Cherney,

3   Daniel Chou, and Ankit Jain ("Lafin Parties"), TMT Investments PLC ("TMT"), in their own right

4   and derivatively on behalf of Graphicly, Inc. (collectively, "Plaintiffs"), Graphicly, Inc.

5   ("Graphicly") and Defendants Blurb, Inc., Micah Baldwin, Blair Garrou, Mark Hasebroock, and

6   David Fox (collectively, "Defendants") have made application, pursuant to Federal Rule of Civil

7   Procedure 23.1, for an order: (i) preliminarily approving the proposed settlement of the above-

8   captioned action and the Delaware Action[1] (collectively, the "Lawsuits"), in accordance with the

9   Settlement Agreement and Release dated March 31, 2015 (the "Settlement Agreement") and (ii)

10  approving for distribution of the Notice of Settlement.

11      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

12      1.      The Court preliminarily approves the Settlement and the terms set forth in the

13  Settlement Agreement as fair, reasonable and adequate to the shareholders of Graphicly, subject to

14  further consideration at the Settlement Hearing described below.

15      2.      The Court preliminarily approves the settlement of the Lawsuits as set forth in the

16  Settlement Agreement as falling within the range of possible approval and meriting submission to

17  current Graphicly shareholders for consideration.

18      3.      Not later than ten days following entry of this Order, Plaintiffs shall cause a Notice of

19  Proposed Settlement, substantially in the form of Exhibit A attached hereto, to be served upon all

20  holders of Graphicly equity.

21      4.      The Court finds that dissemination of information regarding the proposed settlement

22  in the manner set out in this Order constitutes the best notice practicable under the circumstances and

23  complies fully with Rule 23.1 of the Federal Rules of Civil Procedure and the United States

24  Constitution.

25      5.      A settlement hearing shall be held at 9:00 a.m. on October 8, 2015 at   the United States District Court

26  for the Northern District of California, 280 South First Street, San Jose, CA 95113, at which the

27

28  _____

[1] The "Delaware Action" is the matter styled as *TMT Investments PLC v. Blurb, et al.,* C.A. No. 10074-VCN, pending in the Delaware Court of Chancery.

[Proposed] Order Granting Motion For Approval Of Proposed Settlement        Case No.: C-14-04630-NC

1   Court will determine: (i) whether the terms of the Settlement Agreement should be approved as fair,

2   reasonable, and adequate and (ii) whether the above-entitled action should be dismissed on the

3   merits and with prejudice.  The Court may adjourn or continue the hearing without further notice to

4   current Graphicly shareholders.

5       6.   Any current Graphicly shareholder who objects to the settlement of the Lawsuits shall

6   have a right to appear and be heard at the settlement hearing. Any such person must file with the

7   Court and deliver to Plaintiffs' counsel a written notice of objection by the deadlines described in the

8   attached Notice.  The objection should be accompanied by proof of ownership of Graphicly stock,

9   and shall contain a plain statement of the person's objections, along with any documents or other

10   evidence the person wishes the Court to consider.  Only shareholders who have filed and delivered

11   valid and timely written notices of objection will be entitled to be heard at the hearing, unless the

12   Court orders otherwise.

13      7.   Any current Graphicly shareholder who does not make an objection in the manner

14   provided herein shall be deemed to have waived any such objection.

15      8.   All discovery and other proceedings in either of the Lawsuits are hereby stayed

16   and/or enjoined until further order of the Court, except as may be necessary to implement the

17   settlement of the Lawsuits or comply with the terms of the Settlement Agreement.

18      8.   Graphicly, Defendants, and all current Graphicly shareholders are hereby barred from

19   commencing or prosecuting any direct or representative action asserting any of the Released Claims[2]

20   against any of the Released Parties unless and until the Agreement is terminated according to its

21   terms.

22      9.   The Court may, for good cause, extend any of the deadlines set forth in the Order

23   without further notice to current Graphicly shareholders.

24      10.   Neither this Preliminary Order, nor any of its terms or provisions, nor any of the

25   negotiations or proceedings connected with it, shall be referred to, offered as evidence, or received in

26   evidence in any pending or future civil, criminal, or administrative action or proceedings, except in a

27   _____

28   [2] Each capitalized term not otherwise defined herein shall have the meaning ascribed to such term in the Settlement Agreement.

[Proposed] Order Granting Motion For Approval Of Proposed Settlement          Case No.: C-14-04630-NC

1  proceeding to enforce the Preliminary Order, to defend against the assertion of the Released Claims,

2  or as otherwise required by law.

3

4

Date:_____          _____

5                    August 6, 2015

Honorable Edward J. Davila

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting Motion For Approval Of Proposed Settlement          Case No.: C-14-04630-NC

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRAPHICLY, INC., derivatively through Gregory A. Lafin, a shareholder,<br><br>                    Plaintiffs,<br><br>        v.<br><br>BLURB, INC., et al.,<br><br>                    Defendants. | Case No.  5:14-cv-04630-EJD<br><br>**NOTICE OF PROPOSED SETTLEMENT** |

**TO:    ALL CURRENT RECORD HOLDERS AND BENEFICIAL OWNERS OF COMMON STOCK OF GRAPHICLY, INC. AS OF AUGUST 6, 2015 ("CURRENT GRAPHICLY SHAREHOLDERS").**

**PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.
YOUR RIGHTS MAY BE AFFECTED.**

**IF YOU HOLD GRAPHICLY COMMON STOCK FOR THE BENEFIT OF ANOTHER, PLEASE PROMPTLY TRANSMIT THIS NOTICE TO SUCH BENEFICIAL OWNER.**

This Notice of Proposed Settlement ("Notice") has been provided to you pursuant to an Order of the United States District Court for the Northern District of California (the "Court").  The Notice relates to a proposed Settlement of the above-captioned shareholder derivative action, and contains important information regarding your rights.  The Settlement also covers a companion action pending in Delaware Chancery Court.[1]

You may have the right to object to the Settlement, but must do so in the manner provided

---

[1] The Delaware action, *TMT Investments PLC v.  Blurb, Inc.*, Del. Ch. No. 10074-VCN, is currently stayed pending approval of the Settlement.  Subsequent to approval of the Settlement, the Delaware action will be dismissed.

1

United States District Court
Northern District of California

1    herein.  If you fail to object and the Court approves the Settlement, you will be forever barred

2    from contesting the Settlement and from pursuing the released claims.

3          The Court has made no findings or determinations concerning the merits of these actions.

4    The recitation of the background and circumstances of the Settlement is not an expression of any

5    opinion by the Court.  The purpose of this Notice is to notify you of the terms of the Settlement,

6    and of your rights related thereto.

7    **I.     SUMMARY OF THE LITIGATION**

8          Plaintiffs allege that in or around March, 2014, Blurb, Inc. ("Blurb") expressed an interest

9    in purchasing certain business assets owned by Graphicly, Inc. ("Graphicly") and, in connection

10   with the contemplated transaction, executed a Non-Disclosure Agreement (the "NDA").  Under

11   the NDA, Blurb gained access to Graphicly's confidential information and top management who

12   had knowledge of Graphicly's software platforms, business plans, strategies, and customer base.

13         After Blurb decided not to proceed with the transactions, Graphicly's Board of Directors

14   shut down the company and wound up its business affairs.  Some Graphicly employees, including

15   one of the founders and board members, subsequently accepted employment with Blurb.  Plaintiffs

16   allege that Blurb "aqui-hired" Graphicly's key employees to obtain Graphicly's value without

17   adequate compensation.   Plaintiffs further allege that the departing board members breached their

18   fiduciary obligations by accepting employment with Blurb and withholding material information

19   from shareholders.

20         Defendants deny the allegations made in both actions and filed motions to dismiss in both

21   proceedings.  Furthermore, Defendants assert that Plaintiffs were sophisticated investors with full

22   knowledge of all material investment risks.  According to Defendants, like many technology

23   startups, Graphicly did not succeed.  Despite diligent efforts by management to increase revenue

24   and streamline expenses, by the spring of 2014, Graphicly ran out of money.  Blurb, a competitor,

25   briefly considered a potential acquisition, but withdrew after only a few weeks of due diligence.

26   According to Defendants, once Blurb withdrew, Graphicly was no longer sustainable and the

27   board members commenced an orderly wind-down to pay off debts including, without limitation,

28

United States District Court
Northern District of California

2

secured debt held by an institutional lender.  Graphicly admits that former employees, including one of the founders, subsequently accepted employment with Blurb.  However, Defendants assert that the transition was lawful and did not involve the misappropriation of confidential information or trade secrets.

In order to avoid further litigation which could be protracted and expensive, the parties have agreed to finally settle the actions in the manner and upon the terms and conditions set forth in the Settlement.

## II.   TERMS OF THE PROPOSED SETTLEMENT

After extensive negotiations, the parties agreed to the Settlement, which provides for a total cash payment of $350,000 to the Plaintiffs in the Federal Action and the Delaware Action. The Plaintiffs will pay their own attorneys fees and costs from that total cash payment.  Counsel for the Federal Plaintiffs have agreed to limit the amount of their attorney fees to 25% of ½ of the settlement proceeds, or $43,750, and costs of $6,000, for a total of $49,750.  In the Delaware action, TMT retained counsel on an hourly basis and paid legal fees of $65,195.50 and costs of $8,079.03, for a total of $73,274.53.  After the payments of attorneys fees and costs, the net benefit to the Plaintiffs is $226,975.47.

The parties have also agreed that upon approval of the Settlement, Graphicly, Plaintiffs (individually and derivatively on behalf of Graphicly), and each current Graphicly shareholder shall be deemed have fully released and discharged released claims against released parties, as specified in the Settlement Agreement.

## III.   THE SETTLEMENT HEARING

On **October 8, 2015, at 9:00 a.m.,** Judge Edward J. Davila will hold a Settlement Hearing at the United States Courthouse located at 280 S. 1st Street, San Jose, California, 95113.  At that time, the Court will consider (i) whether the terms of the Settlement are fair, reasonable, and adequate and should be approved; (ii) whether final judgments should be entered; and (iii) such other matters as may be necessary or proper under the circumstances.

Case No.: 5:14-cv-04630-EJD
NOTICE OF PROPOSED SETTLEMENT

**IV.    YOUR RIGHT ATTEND THE SETTLEMENT HEARING**

Any Current Graphicly Shareholder may, but is not required to, appear in person at the Settlement Hearing. ***Current Graphicly Shareholders who have no objection to the Settlement do not need to appear at the Settlement Hearing or take any other action.*** If you want to be heard at the Settlement Hearing, you must comply with the procedures for objecting, which are set forth below.

The Court may change the date or time of the Settlement Hearing without further notice. Thus, if you plan to attend the Settlement Hearing, you should confirm the date and time in advance.

**V.    YOUR RIGHT TO OBJECT AND PROCEDURES FOR DOING SO**

You have the right to object to any aspect of the Settlement. You must object in writing, and you may request to be heard at the Settlement Hearing. If you choose to object, you must comply with the following procedures.

Objections must be submitted in writing and must contain the following information:

(1) your name, legal address, and telephone number;

(2) proof of your being a Current Graphicly Shareholder as of August 6, 2015;

(3) the date(s) you acquired your Graphicly shares;

(4) a detailed statement of your specific position regarding the proposed Settlement, including a statement of each objection being made;

(5) the grounds for each objection or the reasons for your desiring to be heard;

(6) notice of whether you intend to appear at the Settlement Hearing (this is not required if you have lodged your objection with the Court); and

(7) copies of any papers you intend to submit, along with the names of any witness(es) you intend to call at the Settlement Hearing and the subject(s) of their testimony.

YOUR WRITTEN OBJECTION MUST BE ON FILE WITH THE CLERK OF THE COURT NO LATER THAN **SEPTEMBER 28, 2015**. The Clerk's address is:

Case No.: 5:14-cv-04630-EJD
NOTICE OF PROPOSED SETTLEMENT

Clerk of the Court
United States District Court for the Northern District of California
280 S 1st St, #2112,
San Jose, CA 95113

YOU MUST ALSO DELIVER COMPLETE COPIES OF YOUR OBJECTION TO

PLAINTIFFS' COUNSEL AND DEFENDANTS' COUNSEL SO IT IS RECEIVED NO LATER

THAN **OCTOBER 5, 2015.**  The addresses for Plaintiff's Counsel and Defendants' Counsel are:

| | |
|---|---|
| Alexander N. Loftus | Brian Maschler |
| Voelker Litigation Group | Gordon & Rees, LLP |
| 311 W. Superior, Suite 500 | 275 Battery Street, 20th Floor |
| Chicago, Illinois 60654 | San Francisco, CA 94111 |
| *Counsel for Lafin* | *Counsel for Board Defendants* |
| | |
| Ely Goldin, Esq. | Craig C. Daniel |
| Fox Rothschild LLP | Axcel Law Partners, LLP |
| 10 Sentry Parkway, Suite 200 | 4 Embarcadero Center, 14th Floor |
| Blue Bell, PA 19422 | San Francisco, CA 94111 |
| *Counsel for TMT* | *Counsel for Blurb* |

The Court will not consider any objection that is not timely filed or not timely delivered to

Plaintiffs' Counsel and Defendants' Counsel.  Any Person or entity who fails to object or

otherwise request to be heard in the manner prescribed above will be deemed to have waived the

right to object to any aspect of the Settlement (including the right to appeal) or to request to be

heard at the Settlement Hearing, and will be forever barred from raising such objection or request

in this or any other related action or proceeding.

## VI.    HOW TO OBTAIN ADDITIONAL INFORMATION

This Notice is not a complete statement of the events in either the Federal Action or the

Delaware Action.  You may inspect other papers filed in the Federal Action at the United States

District Court Clerk's office at any time during regular business hours of each business day.  The

Clerk's office is located at the United States Courthouse, 280 S. 1st St. #2112, San Jose,

California, 95113.  You must appear in person to inspect documents. The Clerk's office will not

mail copies to you.

Case No.: 5:14-cv-04630-EJD
NOTICE OF PROPOSED SETTLEMENT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

You may also contact a representative of Plaintiffs' counsel, Alexander N. Loftus, Voelker Litigation Group, 311 W. Superior, Suite 500, Chicago, Illinois 60654, (312) 870-5431.

PLEASE DO NOT CALL, WRITE, OR OTHERWISE DIRECT QUESTIONS ABOUT THIS NOTICE, THE SETTLEMENT, OR THE DERIVATIVE ACTIONS TO EITHER THE COURT OR THE CLERK'S OFFICE. Any questions you have about matters in this Notice should be directed by telephone or in writing to Plaintiffs' counsel, at the address set forth above.

*** END OF NOTICE ***

6

Case No.: 5:14-cv-04630-EJD
NOTICE OF PROPOSED SETTLEMENT