UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRAPHICLY, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> BLURB, INC., et al., <br><br> Defendants. | Case No. 5:14-cv-04630-EJD <br><br> **ORDER RE: PROPOSED JUDGMENT** |

In order to streamline discussions at the hearing scheduled for October 8, 2015, Plaintiffs shall file a proposed judgment for consideration by the court no later than **12:00 p.m. on October 7, 2015.**

**IT IS SO ORDERED.**

Dated:  October 6, 2015

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:14-cv-04630-EJD
ORDER RE: PROPOSED JUDGMENT

1